UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RONALD J. GIORDANO,

                                RULE 7.1 DISCLOSURE

       Plaintiff(s),

   -against-                      DOCKET NO. 08 CV 5503
                                     (LAP)

MEL S. HARRIS AND ASSOCIATES, LLC,

       Defendant(s).

------------------------------------x

       Defendant, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that it has no publicly traded parent companies.

Dated: June 25, 2008

                             _____
                             MEL S. HARRIS AND ASSOCIATES LLC
                             By: Arthur Sanders (as1210)
                             Attorneys for defendant
                             5 Hanover Square, 8th Floor
                             New York, NY 10004
                             212-660-1050