UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

RONALD J. GIORDANO,

                    Plaintiff,

       -against-

MEL S. HARRIS AND ASSOCIATES, LLC,

                  Defendant(s).

----------------------------------------x

ANSWER

08 CV 5503
(LAP)

      Defendant, MEL S. HARRIS AND ASSOCIATES, LLC, answers plaintiff's complaint as follows:

      1. The defendant denies violating the Fair Debt Collection Practices Act.

      2. Defendant admits the allegations contained in paragraph "2" of the complaint.

      3. Defendant denies each and every allegation contained in paragraph "3" of the complaint.

      4. Defendant admits the allegations contained in paragraph "4" of the complaint.

      2. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in **SECOND PARAGRAPH "2"** of the complaint.

1

3.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in **SECOND PARAGRAPH "3"** of the complaint.

4.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in **SECOND PARAGRAPH "4"** of the complaint.

5.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "5" of the complaint.

6.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "6" of the complaint.

7.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "7" of the complaint.

8.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "8" of the complaint.

9.    Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "9" of the complaint.

10.    Defendant denies each and every allegation contained in paragraph "10" of the complaint.

11. Defendant denies each and every allegation contained in paragraph "11" of the complaint.

12. Defendant denies each and every allegation contained in paragraph "12" of the complaint.

13. Defendant denies each and every allegation contained in paragraph "13" of the complaint.

14. Defendant denies each and every allegation contained in paragraph "14" of the complaint.

15. Defendant denies each and every allegation contained in paragraph "15" of the complaint.

16. Defendant denies each and every allegation contained in paragraph "16" of the complaint.

17. Defendant denies each and every allegation contained in paragraph "17" of the complaint.

18. Defendant denies each and every allegation contained in paragraph "18" of the complaint.

19. Defendant denies each and every allegation contained in paragraph "19" of the complaint.

20. Defendant denies each and every allegation contained in paragraph "20" of the complaint.

21. Defendant denies each and every allegation contained in paragraph "21" of the complaint.

22. Defendant denies each and every allegation contained in paragraph "22" of the complaint.

23.    Defendant denies each and every allegation contained in paragraph 23" of the complaint.

24.    Defendant denies each and every allegation contained in paragraph "24" of the complaint.

25.    Defendant denies each and every allegation contained in paragraph "25" of the complaint.

26.    Defendant denies each and every allegation contained in paragraph "26" of the complaint.

27.    Defendant denies each and every allegation contained in paragraph "27" of the complaint.

28.    Defendant denies each and every allegation contained in paragraph "28" of the complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

29.    Plaintiff's complaint fails to state a cause of action.

WHEREFORE, the defendant respectfully requests that plaintiff's complaint be dismissed.

Dated:    New York, NY
          June 25, 2008

_____
Arthur Sanders (AS-1210)
MEL S. HARRIS AND ASSOCIATES, LLC
Attorneys for defendant
5 Hanover Square - 8th Floor
New York, NY  10004
212-660-1050

4

TO:

RANDALL MS. NEWMAN, ESQ.
Attorney for plaintiff
40 Wall Street, 61st Floor
New York, NY  10005