## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD J. GIORDANO, | ) Case No.: 08 CV 5503 |
| | ) Filing Date:    06-18-2008 |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| MEL S. HARRIS AND ASSOCIATES, LLC, | ) **ATTY:** |
| | ) Randall S. Newman, Esq. |
| | ) The Trump Building, 40 Wall Street, 61st Floor |
| | ) New York, NY 10005-3601 |
| **Defendant** | ) |

### AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Kings    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on JUNE 25, 2008 at 12:15 PM at 5 HANOVER SQUARE, 8TH FLOOR, NEW YORK, NY 10004, receipients BUSINESS OFFICE deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS on MEL S. HARRIS AND ASSOCIATES, LLC therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to ARTHUR SANDERS personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the MANAGING ATTORNEY authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown/Balding    Age: 45-50    Height: 5'-10"    Weight: 175

COMMENTS: Mr. Sanders accepted service and advised me that he is authorized to accept said documents.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic #1133309

Executed on: 6-26-08

Subscribed and sworn to before me, a notary public, on this 26th day of June, 2008.

_____    My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-008047    Client Reference: Giordano v Harris & Assoc.

O AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE June 26, 2008 @ 12:15PM |
| NAME OF SERVER *(PRINT)* Loai F. Sarsour | TITLE Process Server License #1133309 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 5 Hanover Square, 8th Floor, New York, NY 10004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mel. S. Harris & Associates, LLC
Served to Arthur Sanders-Managing Attorney Authorized to accept service.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 26, 2008
                    Date

*Signature of Server*

1681 77 Street, 1st FL, Brooklyn, NY 11214
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

08-008047

%AO 440 (Rev. 8/01) Summons in a Civil Action   **JUDGE PRESKA**

# UNITED STATES DISTRICT COURT

Southern                District of                New York

RONALD J. GIORDANO

**SUMMONS IN A CIVIL ACTION**

V.

MEL S. HARRIS AND ASSOCIATES, LLC

CASE NUMBER: **'08 CIV 5503**

TO: (Name and address of Defendant)

MEL S. HARRIS AND ASSOCIATES, LLC
5 HANOVER SQUARE, 8TH FLOOR
NEW YORK, NY  10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RANDALL S. NEWMAN, P.C.
40 WALL STREET, 61ST FLOOR
NEW YORK, NEW YORK  10005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 1 8 2008

CLERK                                                 DATE

(By) DEPUTY CLERK